IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ALICIA W., | ) |
| Plaintiff | ) Case No. 5:20-cv-00006 |
| v. | ) |
| KILOLO KIJAKAZI, | ) By: Michael F. Urbanski |
| Acting Comm'r of Social Security,[1] | ) Chief United States District Judge |
| Defendant | ) |

## ORDER

This matter was referred to the Hon. Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on June 9, 2021, recommending that the Commissioner's motion to dismiss plaintiff's complaint as untimely be granted and the case dismissed. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation (ECF No. 10) is **ADOPTED in its entirety**;

2. Defendant's motion to dismiss (ECF No. 7) is **GRANTED**;

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: November 19, 2021

Michael F. Urbanski
Chief United States District Judge